UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JORGE RAMIREZ
    Plaintiff

v.                           Case No. 6:16-cv-1831-Orl-37KRS

GROUP SERVICES, INC.
    Defendant

## DECLARATION OF YASMIN NIEVES IN SUPPORT OF
## DEFENDANT'S MOTION TO DISMISS

I, YASMIN NIEVES, of legal age, and resident of San Juan, Puerto Rico, comptroller at Group Services, Inc. ("GSI") hereby declare that:

1. My name and personal circumstances are as described above.

2. GSI, is a for-profit corporation organized since 1992 under the laws of the Commonwealth of Puerto Rico.

3. GSI maintains its mailing and contact address as Executive Office, Condominio San Albert Suite 721, 605 Condado Ave., San Juan, Puerto Rico.

4. GSI maintains a web presence at www.gsipuertoricotours.com.

5. This website is managed and updated from Puerto Rico.

6. This website was made for GSI's personnel's use as its POS system (Point of Sale) at their offices in Puerto Rico, which they use in-house as a working tool, not to interact with third parties.

7. Although this website it contains certain interactive features, no transaction, sale, or commercial exchange can be made through the website.

8. There are no transactions executed through the website, and no specific information or offers are available for specific states or countries, such as Florida.

9. I make this declaration based on my personal knowledge in support of Defendant's Motion to Dismiss Amended Complaint in the above-captioned case.

I HEREBY DECLARE under the laws of the United States of America and the Commonwealth of Puerto Rico that the foregoing is true and correct.

Executed on March 21, 2017.

_____
Yasmin Nieves