UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JORGE RAMIREZ

    Plaintiff

v.

GROUP SERVICES, INC.
    Defendant

Case No. 6:16-cv-1831-Orl-37KRS

### DEFENDANT'S SPECIAL APPEARANCE TO REQUEST LEAVE TO REPLY TO PLAINTIFF'S OPPOSITION AT DOCKET NO. 29

**TO THE HONORABLE COURT:**

    **COMES NOW** Defendant, Group Services, Inc. ("Defendant" or "GSI"), by **special appearance** and through its undersigned legal counsels, and, **without submitting to the Court's jurisdiction**, respectfully states and prays as follows:

    1. On April 7, 2017, Plaintiff, Jorge Ramírez, filed its *Opposition to Defendant's Motion to Dismiss First Amended Complaint for Lack of Personal Jurisdiction, for Failure to State a Claim for Which Relief Can be Granted and for Improper Venue* [Docket No. 29]("Opposition").

    2. Defendant respectfully submits that Plaintiff's Opposition alleges matters beyond those discussed in Defendant's *Motion*, [Docket No. 26], and further contains erroneous allegations and interpretation of law that need to be properly addressed, discussed, and corrected through a reply motion. This analysis is crucial for the Court's evaluation on whether the captioned-case must be dismissed as requested.

3.  Accordingly, Defendant by and through its undersigned counsel, very respectfully requests leave to reply to the *Opposition* submitted by Plaintiff, which it expects to not to exceed 15 pages and to file on or before April 21st, 2017.

Respectfully submitted,

IT IS HEREBY CERTIFIED that on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filling to the attorneys of record.

In Land O Lakes, Florida and San Juan, Puerto Rico, respectively, this 10th day of April, 2017.

*s/Karla Gonzalez-Acosta*
KARLA GONZALEZ-ACOSTA, ESQ.
PO BOX 1126
LAND O LAKES, FL 34639
Telephone: (813) 995-1297
Florida Bar No.: 0061669
kgonzalez@iplegalcounselor.com
Attorney for Defendant


*s/Samuel F. Pamias-Portalatín*
Samuel F. Pamias-Portalatín
USDC No. 220309
HOGLUND & PAMIAS, P.S.C.
256 Eleanor Roosevelt Street
San Juan, Puerto Rico 00918
Telephone (787)772-9200
E-mail: samuel@hhoglund.com


Appearing *Pro Hac Vice*